## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERNEASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark J. Malaczewski Sr. | CHAPTER 13 |
| Vanessa S. Malaczewski | |
| <u>Debtors</u> | BKY. NO. 16-14363 JKF |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Pennsylvania Housing Finance Agency as Servicer for U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), and index same on the master mailing list.

Re: Loan # Ending In: 0658

Respectfully submitted,

**/s/Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406