United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14363-jkf
Mark J. Malaczewski, Sr.                                                Chapter 13
Vanessa S. Malaczewski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1            Date Rcvd: Oct 12, 2016
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
db/jdb        +Mark J. Malaczewski, Sr.,    Vanessa S. Malaczewski,    17 Crescent Lane,
                Levittown, PA 19055-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,  dmaurer@pkh.com
              MICHAEL A. CATALDO2    on behalf of Debtor Mark J. Malaczewski, Sr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Vanessa S. Malaczewski ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Vanessa S. Malaczewski ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Mark J. Malaczewski, Sr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
MARK J. MALACZEWSKI, SR : BK. No. 16-14363 JKF
VANESSA S. MALACZEWSKI :
        Debtors : Chapter No. 13
 :
PENNYMAC LOAN SERVICES, LLC :
        Movant :
    v. :
MARK J. MALACZEWSKI, SR : 11 U.S.C. §362
VANESSA S. MALACZEWSKI :
        Respondents :
 :

## ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 17th day of October, 2016, at PHILADELPHIA, upon Motion of PENNYMAC LOAN SERVICES, LLC (Movant), it is:

    **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 17 CRESCENT LANE, LEVITTOWN, PA 19055(hereinafter the Premises) ~~(as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises),~~ as to ~~allow~~ Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that Rule 4001(a)(3) is not applicable and PENNYMAC LOAN SERVICES, LLC may immediately enforce and implement this Order granting Relief from the Automatic Stay.

                                            JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE        MARK J. MALACZEWSKI, SR
1234 MARKET STREET, SUITE 1813     17 CRESCENT LANE
PHILADELPHIA, PA 19107               LEVITTOWN, PA 19055

MICHAEL A. CIBIK2, ESQUIRE        VANESSA S. MALACZEWSKI
1500 WALNUT STREET, SUITE 900      17 CRESCENT LANE
PHILADELPHIA, PA 19102               LEVITTOWN, PA 19055

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107