**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :        CHAPTER 13
**Mark J. Malaczewski, Sr.**
**Vanessa S. Malaczewski**

      **DEBTOR**                     :        BKY. NO.  16-14363JKF13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application  and Application to Approve Counsel Fees.

      Respectfully Submitted,

Date:  October 19, 2016             _____s/_____
      MICHAEL A. CATALDO, ESQUIRE
      CIBIK & CATALDO, P.C.
      1500 WALNUT  STREET, STE. 900
      PHILADELPHIA, PA  19102
      (215) 735-1060