**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                      :        CHAPTER 13
**Mark J. Malaczewski, Sr.**
**Vanessa S. Malaczewski**

     **DEBTOR**                      :        BKY. NO.   16-14363JKF13

**ORDER APPROVING COUNSEL FEE**

AND NOW, this                day of                          2016, in
consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$3,500.00**
is approved and the balance due counsel in the amount of **$2,500.00** shall be
disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE

**Date: December 16, 2016**

cc:    Michael A. Cataldo, Esq.
       Cibik & Cataldo, P.C.
       1500 Walnut Street, Suite 900
       Philadelphia, PA 19102

       Mark & Vanessa Malaczewski
       17 Crescent Lane
       Levittown, PA 19055

       William Miller, Trustee
       P.O. Box 1229
       Philadelphia, PA 19105