United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Mark J. Malaczewski, Sr.
Vanessa S. Malaczewski
     Debtors

Case No. 16-14363-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Dec 16, 2016
                       Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.
db/jdb       +Mark J. Malaczewski, Sr.,   Vanessa S. Malaczewski,   17 Crescent Lane,
           Levittown, PA 19055-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:
         ANDREW   SPIVACK    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
         LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com
         MICHAEL A. CATALDO2    on behalf of Debtor Mark J. Malaczewski, Sr. ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
         MICHAEL A. CATALDO2    on behalf of Joint Debtor Vanessa S. Malaczewski ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
         MICHAEL A. CIBIK2    on behalf of Joint Debtor Vanessa S. Malaczewski ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
         MICHAEL A. CIBIK2    on behalf of Debtor Mark J. Malaczewski, Sr. ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                    TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mark J. Malaczewski, Sr. and Vanessa S. Malaczewski

      Debtor(s)

Chapter: 13

Bankruptcy No: 16−14363−jkf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 15th day of December 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Jean K. FitzSimon
                                                Judge ,
                                                United States Bankruptcy Court

                                                                                          32 − 28
                                                                                        Form 155