United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-14363-jkf
Mark J. Malaczewski, Sr.                                        Chapter 13
Vanessa S. Malaczewski
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP           Page 1 of 1          Date Rcvd: Dec 16, 2016
                              Form ID: pdf900       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.
db/jdb         +Mark J. Malaczewski, Sr.,    Vanessa S. Malaczewski,    17 Crescent Lane,
                Levittown, PA 19055-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com
              MICHAEL A. CATALDO2    on behalf of Debtor Mark J. Malaczewski, Sr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Vanessa S. Malaczewski ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Vanessa S. Malaczewski ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Mark J. Malaczewski, Sr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
Mark J. Malaczewski, Sr.
Vanessa S. Malaczewski

DEBTOR : BKY. NO.   16-14363JKF13

## ORDER APPROVING COUNSEL FEE

AND NOW, this _____ day of _____ 2016, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$3,500.00** is approved and the balance due counsel in the amount of **$2,500.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE

**Date: December 16, 2016**

cc:   Michael A. Cataldo, Esq.
      Cibik & Cataldo, P.C.
      1500 Walnut Street, Suite 900
      Philadelphia, PA 19102

      Mark & Vanessa Malaczewski
      17 Crescent Lane
      Levittown, PA 19055

      William Miller, Trustee
      P.O. Box 1229
      Philadelphia, PA 19105