United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-14363-jkf
Mark J. Malaczewski, Sr.                                                    Chapter 7
Vanessa S. Malaczewski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP                Page 1 of 2                  Date Rcvd: Jan 18, 2017
                              Form ID: 210U              Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2017.
db/jdb         +Mark J. Malaczewski, Sr.,    Vanessa S. Malaczewski,    17 Crescent Lane,
                 Levittown, PA 19055-1621
13750342       +Aes/pheaafrn,    Pob 61047,    Harrisburg, PA 17106-1047
13750343       +Aqua Finance Inc,    1 Corporate Dr,    Wausau, WI 54401-1724
13750344       +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
13768481        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13750345       +Central Financial Control,    PO Box 66044,    Anaheim, CA 92816-6044
13750346       +Chase,   Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
13750349       +Citibank/Best Buy,    Centalized Bankruptcy/Citicorp Credit Se,    PO Box 790040,
                 Sanit Louis, MO 63179-0040
13750353       +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
13750354       +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13750357       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13750358       +Nissan Motor Acceptance Corp/Infinity Lt,    NMAC/Attn: Bankruptcy,    PO Box 660360,
                 Dallas, TX 75266-0360
13749325        Nissan-Infiniti LT,    PO Box 660366 Dallas TX 75266-0366
13799854       +Office of UC Benefits Policy,    Department of Labor & Industry,    Office of Chief Counsel,
                 651 Boas Street, 10th Floor,    Harrisburg,    PA 17121-0751
13750359        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13767261       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
13750362        Pennymac Loan Services,    Attn: Bankruptcy,    PO Box 514357,    Los Angeles, CA 90051
13750363       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13750364       +Revenue Recovery Corp,    7005 Middlebrook Pike,    PO Box 50250,    Knoxville, TN 37950-0250
13750365       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13798524       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 19 2017 02:03:02     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 19 2017 02:02:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 19 2017 02:02:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2017 01:55:17     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13775084        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 19 2017 01:55:05
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13750347       +E-mail/Text: ecf@ccpclaw.com Jan 19 2017 02:02:30     Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
13750350       +E-mail/Text: bankruptcy@phila.gov Jan 19 2017 02:03:02     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102-1611
13750351       +E-mail/Text: bankruptcy@phila.gov Jan 19 2017 02:03:02     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102-1504
13758933        E-mail/Text: mrdiscen@discover.com Jan 19 2017 02:02:30     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13750352       +E-mail/Text: mrdiscen@discover.com Jan 19 2017 02:02:30     Discover Financial,
                 Attn: Bankruptcy,    PO Box 3025,    New Albany, OH 43054-3025
13750355        E-mail/Text: cio.bncmail@irs.gov Jan 19 2017 02:02:33     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13750356       +E-mail/Text: vivian@interstatecredit.net Jan 19 2017 02:02:55     Intrst Ctc,
                 21 West Fornance S,    Norristown, PA 19401-3300
13823821        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2017 02:07:39
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13750360       +E-mail/Text: blegal@phfa.org Jan 19 2017 02:02:48     Pa Housing Finance Age,    PO Box 8029,
                 Harrisburg, PA 17105-8029
13750361       +E-mail/Text: blegal@phfa.org Jan 19 2017 02:02:48     Pa Housing Finance Agency,    PO Box 8029,
                 Harrisburg, PA 17105-8029
13758819        E-mail/Text: bnc-quantum@quantum3group.com Jan 19 2017 02:02:36
                 Quantum3 Group LLC as agent for,    Connexus Credit Union,    PO Box 788,
                 Kirkland, WA  98083-0788
13771681        E-mail/PDF: rmscedi@recoverycorp.com Jan 19 2017 01:55:04
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 17

```
District/off: 0313-2          User: PaulP              Page 2 of 2                  Date Rcvd: Jan 18, 2017
                              Form ID: 210U            Total Noticed: 38
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13750348*     +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Vanessa S. Malaczewski ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Mark J. Malaczewski, Sr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Mark J. Malaczewski, Sr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Vanessa S. Malaczewski ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Mark J. Malaczewski, Sr. and Vanessa S. Malaczewski

Case No: 16−14363−jkf

Debtor(s)

---

**CLERK'S NOTICE RE: PRESUMPTION OF ABUSE**

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 1/18/17

For The Court

Timothy B. McGrath
Clerk of Court

48
Form 210U