United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-14363-jkf
Mark J. Malaczewski, Sr.                                            Chapter 7
Vanessa S. Malaczewski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2           Date Rcvd: Jan 23, 2017
                              Form ID: 309A           Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
db/jdb         +Mark J. Malaczewski, Sr.,    Vanessa S. Malaczewski,    17 Crescent Lane,
                 Levittown, PA 19055-1621
aty            +MICHAEL A. CATALDO2,    Cibik & Cataldo, P.C.,    1500 Walnut Street,    Suite 900,
                 Philadelphia, PA 19102-3518
13750342       +Aes/pheaafrn,    Pob 61047,    Harrisburg, PA 17106-1047
13750345       +Central Financial Control,    PO Box 66044,    Anaheim, CA 92816-6044
13750349       +Citibank/Best Buy,    Centalized Bankruptcy/Citicorp Credit Se,    PO Box 790040,
                 Sanit Louis, MO 63179-0040
13750353       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13750354       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13750357       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13750358       +Nissan Motor Acceptance Corp/Infinity Lt,    NMAC/Attn: Bankruptcy,    PO Box 660360,
                 Dallas, TX 75266-0360
13749325        Nissan-Infiniti LT,    PO Box 660366 Dallas TX 75266-0366
13799854       +Office of UC Benefits Policy,    Department of Labor & Industry,    Office of Chief Counsel,
                 651 Boas Street, 10th Floor,    Harrisburg,    PA 17121-0751
13750359        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13767261       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13750362        Pennymac Loan Services,    Attn: Bankruptcy,    PO Box 514357,    Los Angeles, CA 90051
13750363       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13750364       +Revenue Recovery Corp,    7005 Middlebrook Pike,    PO Box 50250,    Knoxville, TN 37950-0250
13750365       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13798524       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecf@ccpclaw.com Jan 24 2017 02:05:15     MICHAEL A. CIBIK2,
                 Cibik & Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA  19102
tr             +EDI: BBBFINKEL.COM Jan 24 2017 01:43:00     BONNIE B. FINKEL,    Bonnie B. Finkel,
                 P.O. Box 1710,    Cherry Hill, NJ 08034-0091
smg             E-mail/Text: bankruptcy@phila.gov Jan 24 2017 02:05:50     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2017 02:05:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 24 2017 02:05:39     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 24 2017 02:05:32     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13750343       +EDI: AQUAFINANCE.COM Jan 24 2017 01:43:00     Aqua Finance Inc,    1 Corporate Dr,
                 Wausau, WI 54401-1724
13775084        EDI: RESURGENT.COM Jan 24 2017 01:43:00     Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Syndicated,    Office Systems, Inc.,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13750344       +EDI: CAPITALONE.COM Jan 24 2017 01:43:00     Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
13768481        EDI: CAPITALONE.COM Jan 24 2017 01:43:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
13750346       +EDI: CHASE.COM Jan 24 2017 01:43:00     Chase,    Attn: Correspondence Dept,    PO Box 15298,
                 Wilmington, DE  19850-5298
13750347       +E-mail/Text: ecf@ccpclaw.com Jan 24 2017 02:05:16     Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
13750350       +E-mail/Text: bankruptcy@phila.gov Jan 24 2017 02:05:49     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102-1611
13750351       +E-mail/Text: bankruptcy@phila.gov Jan 24 2017 02:05:50     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102-1504
13758933        EDI: DISCOVER.COM Jan 24 2017 01:43:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
13750352       +EDI: DISCOVER.COM Jan 24 2017 01:43:00     Discover Financial,    Attn: Bankruptcy,
                 PO Box 3025,    New Albany, OH 43054-3025
13750355        EDI: IRS.COM Jan 24 2017 01:43:00     I.R.S.,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13750356       +E-mail/Text: vivian@interstatecredit.net Jan 24 2017 02:05:39     Intrst Ctc,
                 21 West Fornance S,    Norristown, PA 19401-3300
13823821        EDI: PRA.COM Jan 24 2017 01:43:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13750360       +E-mail/Text: blegal@phfa.org Jan 24 2017 02:05:33     Pa Housing Finance Age,    PO Box 8029,
                 Harrisburg, PA 17105-8029
13750361       +E-mail/Text: blegal@phfa.org Jan 24 2017 02:05:34     Pa Housing Finance Agency,    PO Box 8029,
                 Harrisburg, PA 17105-8029

```
District/off: 0313-2          User: Lisa                 Page 2 of 2                  Date Rcvd: Jan 23, 2017
                              Form ID: 309A              Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13758819       EDI: Q3G.COM Jan 24 2017 01:43:00      Quantum3 Group LLC as agent for,   Connexus Credit Union,
               PO Box 788,    Kirkland, WA 98083-0788
13771681       EDI: RECOVERYCORP.COM Jan 24 2017 01:43:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13750348*       +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2017 at the address(es) listed below:

```
              ANDREW   SPIVACK    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com
              BONNIE B. FINKEL    finkeltrustee@comcast.net,   NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              JEROME B. BLANK    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Vanessa S. Malaczewski ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Mark J. Malaczewski, Sr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Mark J. Malaczewski, Sr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Vanessa S. Malaczewski ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 11
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Mark J. Malaczewski Sr.** | Social Security number or ITIN | **xxx–xx–3103** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Vanessa S. Malaczewski** | Social Security number or ITIN | **xxx–xx–2529** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **6/17/16** |
| Case number: | **16–14363–jkf** | Date case converted to chapter **7** | **1/17/17** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mark J. Malaczewski Sr. | Vanessa S. Malaczewski |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 17 Crescent Lane<br>Levittown, PA 19055 | 17 Crescent Lane<br>Levittown, PA 19055 |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK2<br>Cibik & Cataldo, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br>Email: ecf@ccpclaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | BONNIE B. FINKEL<br>Bonnie B. Finkel<br>P.O. Box 1710<br>Cherry Hill, NJ 08034 | Contact phone 856–216–1278<br>Email: finkeltrustee@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **1**

Debtor **Mark J. Malaczewski Sr.** and **Vanessa S. Malaczewski**                                                                  Case number **16–14363–jkf**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u> <br><br> Contact phone (215)408–2800 <br><br> Date: 1/23/17 |
| **7.** **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 16, 2017 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **3 Municipal Way, Public Hall, Langhorne, PA 19047** |
| **8.** **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br><br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/17/17** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                page **2**