**Fill in this information to identify your case:**

Debtor 1: **Mark** (First Name) **J.** (Middle Name) **Malaczewski, Sr.** (Last Name)

Debtor 2 (Spouse, if filing): **Vanessa** (First Name) **S.** (Middle Name) **Malaczewski** (Last Name)

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number (if known): **16-14363JKF7**

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

**Pa Housing Finance Agency**
Creditor's name
**PO Box 8029**
Number    Street

**Harrisburg    PA    17105**
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  **04/2006**

**Describe the property that secures the claim:**
**3738 Frankford Ave., Phila PA 19124**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**1st Mortgage**

Last 4 digits of account number    **0  6  5  8**

Column A: **$53,067.00**   Column B: **$33,970.00**   Column C: **$19,097.00**

**RETAINING PURSUANT TO TRIAL PERIOD AND EXPECTED LOAN MODIFICATION**

Add the dollar value of your entries in Column A on this page. Write that number here:    **$53,067.00**

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1

Debtor 1  **Mark J. Malaczewski, Sr.**
Debtor 2  **Vanessa S. Malaczewski**

Case number (if known) **16-14363JKF7**

| | Column A<br>*Amount of claim*<br>Do not deduct the value of collateral | Column B<br>*Value of collateral that supports this claim* | Column C<br>*Unsecured portion*<br>If any |
|---|---|---|---|

**Part 1:** Additional Page

After listing any entries on this page, number them sequentially from the previous page.

**2.2**

**Pennymac Loan Services**
Creditor's name
**Attn: Bankruptcy**
Number  Street
**PO Box 514357**

**Los Angeles    CA    90051**
City          State    ZIP Code

**Describe the property that secures the claim:**

**17 Crescent Lane**

$237,074.00        $164,470.00        $72,604.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**1st Mortgage**

**Date debt was incurred**  **06/2013**    Last 4 digits of account number    **4  4  3  4**

**loan modification in process. surrendering if unable to modify**

**Add the dollar value of your entries in Column A on this page.  Write that number here:**    **$237,074.00**

**If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:**    **$290,141.00**

Official Form 106D    **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**    page 2