United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-14363-jkf
Mark J. Malaczewski, Sr.                                            Chapter 7
Vanessa S. Malaczewski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP               Page 1 of 2            Date Rcvd: May 19, 2017
                              Form ID: 318              Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
```
db/jdb         +Mark J. Malaczewski, Sr.,    Vanessa S. Malaczewski,    17 Crescent Lane,
                 Levittown, PA 19055-1621
13750342       +Aes/pheaafrn,    Pob 61047,    Harrisburg, PA 17106-1047
13750345       +Central Financial Control,    PO Box 66044,    Anaheim, CA 92816-6044
13750349       +Citibank/Best Buy,    Centalized Bankruptcy/Citicorp Credit Se,    PO Box 790040,
                 Sanit Louis, MO 63179-0040
13750353       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13750354       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13750357       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13750358       +Nissan Motor Acceptance Corp/Infinity Lt,    NMAC/Attn: Bankruptcy,    PO Box 660360,
                 Dallas, TX 75266-0360
13749325        Nissan-Infiniti LT,    PO Box 660366 Dallas  TX 75266-0366
13799854       +Office of UC Benefits Policy,    Department of Labor & Industry,    Office of Chief Counsel,
                 651 Boas Street, 10th Floor,    Harrisburg,   PA 17121-0751
13750359        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13767261       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13750362        Pennymac Loan Services,    Attn: Bankruptcy,    PO Box 514357,    Los Angeles, CA 90051
13750363       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13750364       +Revenue Recovery Corp,    7005 Middlebrook Pike,    PO Box 50250,    Knoxville, TN 37950-0250
13750365       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13798524       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 20 2017 01:05:29      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 20 2017 01:04:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 20 2017 01:05:16      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13750343       +EDI: AQUAFINANCE.COM May 20 2017 00:53:00      Aqua Finance Inc,    1 Corporate Dr,
                 Wausau, WI 54401-1724
13775084        EDI: RESURGENT.COM May 20 2017 00:53:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Syndicated,    Office Systems, Inc.,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13750351        E-mail/Text: bankruptcy@phila.gov May 20 2017 01:05:28      City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102
13750344       +EDI: CAPITALONE.COM May 20 2017 00:53:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
13768481        EDI: CAPITALONE.COM May 20 2017 00:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
13750346       +EDI: CHASE.COM May 20 2017 00:53:00      Chase,    Attn: Correspondence Dept,    PO Box 15298,
                 Wilmington, DE 19850-5298
13750347       +E-mail/Text: ecf@ccpclaw.com May 20 2017 01:04:28      Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
13750350       +E-mail/Text: bankruptcy@phila.gov May 20 2017 01:05:28      City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102-1640
13758933        EDI: DISCOVER.COM May 20 2017 00:53:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
13750352       +EDI: DISCOVER.COM May 20 2017 00:53:00      Discover Financial,    Attn: Bankruptcy,
                 PO Box 3025,    New Albany, OH 43054-3025
13750355        EDI: IRS.COM May 20 2017 00:53:00      I.R.S.,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13750356       +E-mail/Text: vivian@interstatecredit.net May 20 2017 01:05:12      Intrst Ctc,
                 21 West Fornance S,    Norristown, PA 19401-3300
13823821        EDI: PRA.COM May 20 2017 00:53:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13750360       +E-mail/Text: blegal@phfa.org May 20 2017 01:05:05      Pa Housing Finance Age,    PO Box 8029,
                 Harrisburg, PA 17105-8029
13750361       +E-mail/Text: blegal@phfa.org May 20 2017 01:05:05      Pa Housing Finance Agency,    PO Box 8029,
                 Harrisburg, PA 17105-8029
13758819        EDI: Q3G.COM May 20 2017 00:53:00      Quantum3 Group LLC as agent for,    Connexus Credit Union,
                 PO Box 788,    Kirkland, WA  98083-0788
13771681        EDI: RECOVERYCORP.COM May 20 2017 00:53:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 20
```

```
District/off: 0313-2          User: PaulP                   Page 2 of 2                  Date Rcvd: May 19, 2017
                              Form ID: 318                  Total Noticed: 37
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13750348*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor   Pennymac Loan Services, LLC paeb@fedphe.com
              BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              BONNIE B. FINKEL    on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
               NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              JEROME B. BLANK    on behalf of Creditor   Pennymac Loan Services, LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Vanessa S. Malaczewski ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Mark J. Malaczewski, Sr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Mark J. Malaczewski, Sr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Vanessa S. Malaczewski ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Mark J. Malaczewski Sr.** | Social Security number or ITIN | **xxx–xx–3103** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Vanessa S. Malaczewski** | Social Security number or ITIN | **xxx–xx–2529** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **16–14363–jkf**

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mark J. Malaczewski Sr.                                Vanessa S. Malaczewski

5/19/17                                                                **By the court:** <u>Jean K. FitzSimon</u>
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**